1  CARL M. FALLER  SBN: 70788
   Attorney at Law
2  Post Office Box 912
   Fresno, CA 93714
3  Tel: 559-226-1534
   Fax: 559-412-4746
4  carl.faller@fallerdefense,com

5

6  Attorney for Defendant
   OMAR HERNANDEZ-GOMEZ

7

8  **IN THE UNITED STATED DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13-cr-0017 AWI BAM |
| Plaintiff, | STIPULATION TO CONTINUE DATE FOR SENTENCING |
| vs. | |
| OMAR HERNANDEZ GOMEZ, | |
| Defendant. | |

It is hereby stipulated by and between the parties hereto, through their attorneys of record as follows:

The sentencing hearing is currently set in this matter for September 9, 2013, at 10:00am. It is respectfully requested that the sentencing hearing be continued until October 7, 2013 at 10:00am, for the following reasons:

This defendant is housed in the Lerdo Facility in Kern County and requires the assistance of an interpreter. In recent weeks, the schedules of Lerdo transportation, the interpreter and defense counsel have not allowed counsel to meet with the defendant and to adequately prepare for the sentencing. Further, defense counsel is currently trailing for trial in the case of People v. Jason Smoyer, in Fresno County Superior Court, a case in which the client, a former police officer, is charged with domestic violence. This trial was scheduled to commence on September 4, 2013.

1  Therefore, it is respectfully requested that the defendant's sentencing hearing that is
2  currently set for September 9, 2013 at 10:00 am, be continued until October 7, 2013 at 10:00 am.
3  Dated: September 5, 2013

/s/ Carl M. Faller
CARL M. FALLER
Attorney for Defendant
OMAR HERNANDEZ GOMEZ

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Christopher D. Baker
CHRISTOPHER D. BAKER
Assistant U.S. Attorney

ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the defendant's sentencing hearing currently set for September 9, 2013 at 10:00 am, be continued until October 7, 2013 at 10:00 am.

IT IS SO ORDERED.

Dated: September 6, 2013

_____
SENIOR DISTRICT JUDGE