BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:13-CR-00017-AWI-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| MARCO ANTONIO QUIAHUA-PANZA,<br>    aka Primo, and<br>OMAR HERNANDEZ-GOMEZ,<br>    aka Diego, | |
| Defendants. | |

WHEREAS, on June 21, 2013, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendants Marco Antonio Quiahua-Panza aka Primo and Omar Hernandez-Gomez aka Diego, in the following property:

 a. Property seized from 548 South Woodrow Avenue, Fresno, California 93702, on or about January 17, 2013:

   i.    $29,226.15 in U.S. Currency;

   ii.   Two (2) ZTE brand cellular telephones;

   iii.  Two (2) Kyocera brand cellular telephones;

   iv.   One (1) Sanyo by Kyocera brand cellular telephone;

            v.      One (1) Motorola-Virgin Mobile brand cellular telephone;

            vi.     One (1) Samsung Galaxy III brand cellular telephone;

            vii.    One (1) HTC brand cellular telephone;

            viii.   Eleven (11) boxes counterfeit DVD/CDs;

            ix.     Two (2) boxes counterfeit NFL merchandise;

            x.      One (1) electronic SD card; and

            xi.     One (1) bag miscellaneous documents.

AND WHEREAS, beginning on July 13, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Marco Antonio Quiahua-Panza aka Primo and Omar Hernandez-Gomez aka Diego.

2. All right, title, and interest in the above-listed property

shall vest solely in the name of the United States of America. The Department of Homeland Security, Customs and Border Protection, Immigration and Customs Enforcement, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  November 25, 2013               _____
                                         SENIOR  DISTRICT  JUDGE